UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GUSTAVO M. SANCHES,　　　　　　　　　　　　　No. C 12-02088 JCS

　　　　　Plaintiff(s),

**ORDER TO SHOW CAUSE**

　　v.

ONEWEST BANK, ET AL.,

　　　　　Defendant(s).
_____/

　　　　Pursuant to Civil L.R. 16-2, a case management conference was scheduled on August 3, 2012, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was not present. Defendant was not present.

　　　　IT IS HEREBY ORDERED that Plaintiff and Defendant appear on **September 14, 2012, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for Plaintiff and Defendants failure to appear at the case management conference on August 3, 2012, for failure to prosecute this case, and for failure to comply with the Court's Order of April 26, 2012 . A case management conference is also scheduled for September 14, 2012, at 9:30 a.m.

　　　　IT IS SO ORDERED.

Dated: August 7, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge